UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS HERNANDEZ, an individual, and STEVE MENDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, a Delaware corporation,<br><br>Defendant. | Case No.: 2:23-cv-00610-RSL<br><br>ORDER GRANTING REQUEST TO AMEND SCHEDULING ORDER |

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED that the deadline for disclosure of expert witnesses and reports be moved to April 5, 2024. All other case management deadlines set forth in Dkt. # 15 remain unchanged.

Dated this 8th day of March, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING REQUEST TO AMEND
SCHEDULING ORDER - 1
2:23-cv-00610-RSL