THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS HERNANDEZ, an individual, and STEVE MENDEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., a Delaware corporation, <br><br> Defendant. | No. 2:23-cv-00610 RSL <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiffs Dennis Hernandez and Steve Mendez and Defendant Amazon Web Services, Inc. ("Amazon"), parties to this legal action, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

//
//
//
//

Joint Stipulation of Dismissal with Prejudice
(No. 2:23-cv-00610 RSL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

166243836.1

RESPECTFULLY SUBMITTED this 9th day of April, 2024.

Dated: April 9, 2024

**PERKINS COIE LLP**

*s/ Andrew E. Moriarty*
Andrew E. Moriarty, WSBA No. 28651
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
t: 206.359.8000
f: 206.359.9000
AMoriarty@perkinscoie.com

***Attorney for Defendant***

Dated: April 9, 2024

**BEAN LAW GROUP**

*s/ Matthew J. Bean*
Matthew J. Bean, WSBA No. 23221
2200 Sixth Ave, Suite 500
Seattle, WA 98121
t. (206) 522-0618
f. (206) 522-061966
matt@beanlawgroup.com

**LAW OFFICES OF ALEX J. HIGGINS**

*s/ Alex J. Higgins*
Alex J. Higgins, WSBA No. 20868
2200 Sixth Avenue
Seattle, WA 98121
t. (206) 340-4856
alex@alexjhiggins.com

***Attorneys for Plaintiffs***

Joint Stipulation of Dismissal with Prejudice – 2
(No. 2:23-cv-00610 RSL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

166243836.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 9, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

| | |
|---|---|
| Matthew J. Bean, WSBA No. 23221<br>2200 Sixth Ave, Suite 500<br>Seattle, WA 98121<br>t. (206) 522-0618<br>f. (206) 522-061966<br>matt@beanlawgroup.com<br><br>Alex J. Higgins, WSBA No. 20868<br>2200 Sixth Avenue<br>Seattle, WA 98121<br>t. (206) 340-4856<br>alex@alexjhiggins.com<br><br>*Attorneys for Plaintiffs* | ___ Via Hand Delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Courier<br>___ Via Facsimile<br>_X_ Via E-Filing<br>_X_ Via Email |

*s/Andrew E. Moriarty*
Andrew E. Moriarty, WSBA No. 28651

CERTIFICATE OF SERVICE
(No. 2:23-cv-00610 RSL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

166243836.1